UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STATE FARM GENERAL
INSURANCE COMPANY,

                Plaintiff(s),

v.

FRANKE CONSUMER
PRODUCTS, INC., a Delaware
Corporation, and DOES 1 through
25, All Inclusive,

                Defendant(s).
_____/

CASE NO. C09 03555 PVT

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR *(please identify process and provider)* _____

_____

The parties agree to hold the ADR session by:
- ☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- ☐ other requested deadline _____

Dated: ~~October~~ 11/6, 2009

                                                                   Attorney for Plaintiff
                                                                   STATE FARM GENERAL
                                                                   INSURANCE COMPANY

Dated: October 22, 2009

                                                                   Attorney for Defendant
                                                                   FRANKE CONSUMER
                                                                   PRODUCTS, INC.

American LegalNet, Inc.
www.USCourtForms.com

American LegalNet, Inc.
www.USCourtForms.com

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☒ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: ~~October~~ November 20, 2009

_Patricia V. Trumbull_
UNITED STATES MAGISTRATE JUDGE