UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FRANKE CONSUMER PRODUCTS, INC., a Delaware Corporation and DOES 1 through 25, all Inclusive,<br><br>Defendants. | CASE NO. C09 03555 PVT<br><br>[PROPOSED] ORDER AND STIPULATION OF DISMISSAL<br>Complaint Filed: 6/26/09<br><br>[Assigned for All Purposes to Magistrate Patricia V. Trumbull, Courtroom 5]<br><br>Trial Date:           12/6/10 |

Pursuant to Stipulation of the parties, the case of <u>STATE FARM GENERAL INSURANCE COMPANY v. FRANKE CONSUMER PRODUCTS, INC.</u>, case no. C09 03555 PVT, IS hereby dismissed, with prejudice.

DATED: November         . 2010

*Patricia V. Trumbull*

MAG. JUDGE OF THE UNITED STATES DISTRICT COURT

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050